In the Matter of the Petition of CHARLES H. BALL, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 26,365, Issued to JOHN W. OLMSTEAD, Appellant.

Order affirmed, with costs. No opinion.

All concurred.

Supreme Court, New York Special Term. Reported N. Y. L. J., June 5, 1903.

PEOPLE v. SCHOELL.

BLANCHARD, J.: The charge against the defendant is a violation of the Liquor Tax Law. The moving papers fail to disclose exceptional features which would render a jury trial more expedient or proper than a trial at Special Sessions. No substantial claim is made that a fair trial cannot be had in that court and repeated adjudications on the questions involved require me to deny the motion.